**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DAVID A. GRIFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:20-cv-1159-DDN |
| v. ) | |
| ) | |
| EILEEN RAMEY, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER OF TRANSFER**

This matter is before the Court upon review of a complaint filed by *pro se* plaintiff David A. Griffin, an inmate at the Jefferson City Correctional Center ("JCCC"). For the reasons stated below, the Court will transfer this case to the United States District Court for the Western District of Missouri.

**The Complaint**

Plaintiff filed the complaint against the warden of JCCC and other members of the JCCC staff. The events giving rise to plaintiff's claims occurred while he was incarcerated at JCCC. Briefly, plaintiff alleges he was wrongfully placed in Temporary Administrative Segregation Confinement following a July 10, 2020 incident between himself and a cook. As relief, he seeks release from segregated confinement, and expungement of his record.

**Discussion**

Under 28 U.S.C. § 1391(b), this type of action may be brought in: "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or

(3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."

In the case at bar, the events or omissions giving rise to plaintiff's claims occurred at JCCC, which is located in the Western District of Missouri. *See* 28 U.S.C. § 105(b)(4). Additionally, plaintiff has named the JCCC warden and other JCCC staff members as defendants. Therefore, the Court concludes that venue is proper in the Western District of Missouri. Under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Here, the Court concludes that it is in the interest of justice to transfer this case to the United States District Court for the Western District of Missouri.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall transfer this case to the United States District Court for the Western District of Missouri.

Dated this 31st day of August, 2020.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE

2